435 A.2d 273

Commonwealth v. Stewart, Appellant.

Submitted December 5, 1980.

Arthur G. Girton, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The appeal is hereby quashed.

435 A.2d 273

Commonwealth v. Taylor, Appellant.

Argued December 2, 1980. Robert S. Robbins, for appellant; Kenneth Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

435 A.2d 273

Commonwealth v. Williams, A., Appellant.

Argued December 1, 1980.
William P. Fedullo, for appellant; Eric I. B. Beller, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

435 A.2d 273

Commonwealth v. Williams, R., Appellant.

Petition for Allowance of Appeal Denied Sept. 15, 1981.

Argued January 21, 1981. William P. James, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence is affirmed.

435 A.2d 274

Commonwealth ex rel. Garvin v. Morris, Appellant.

Argued December 4, 1980.